UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

FILED
JUL 14 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 6:11-00167
       18 U.S.C. § 844(i)

STEVEN OAKLEY PRICE

# I N F O R M A T I O N

The United States Attorney Charges:

On or about April 17, 2010, at or near Mineral Wells, Wood County, West Virginia, in the Southern District of West Virginia, defendant STEVEN OAKLEY PRICE maliciously damaged by means of fire a 2009 Freightliner Cascadia commercial tractor trailer rig, VIN # 1FUJGLCK19LAF0083, and a 2009 Wabash 53' reefer trailer, VIN # 1JJV532W09L275560, both of which were being used in an activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
STEVEN I. LOEW
Assistant United States Attorney